

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

Nos. 07-22-00106-CR

---

JULIO CESAR CHAVEZ, APPELLANT

V.

STATE OF TEXAS, APPELLEE

---

On Appeal from the 64th District Court of
Hale County, Texas
Trial Court No. A21231-1909, Honorable Danah L. Zirpoli, Presiding

---

October 3, 2022

## ORDER WITHDRAWING OPINION AND JUDGMENT

### Before QUINN, C.J., and PARKER and DOSS, JJ.

We issued an opinion and judgment in this appeal on September 7, 2022, granting the motion to withdraw of Appellant's counsel pursuant to *Anders v. California* and affirming the trial court's judgment of conviction. *See Anders v. California*, 386 U.S. 738, 744-45, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). The Court has since been notified that Appellant did not receive our letter informing him of the right to file a pro se response to the *Anders* brief filed by counsel. Apparently, the address to which the correspondence was sent was not Appellant's last known address. Accordingly, we withdraw our prior

opinion and judgment and direct the Clerk of this Court to resend the letter notifying Appellant of his right to file a pro se response to Appellant's last known address.

Per Curiam

Do not publish.